# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, | CASE NO. 1:09-cv-02014-OWW-GBC (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL |
| A. ROMERO, et al., | (Doc. 36) |
| Defendants. | |

On December 15, 2010, Plaintiff filed a motion titled: "Notice of Motion and Motion for Summary Judgment & Appointment of Counsel Declaration of Plaintiff in Support Thereof." However, Plaintiff's title including "summary judgment" is incorrect. Based on the substance of Plaintiff's motion, it best appears to be Plaintiff's second motion requesting appointment of counsel. Plaintiff originally requested appointment of counsel on November 22, 2010 and the Court denied Plaintiff's motion on November 29, 2010. For the reasons stated in the Court's order on November 22, 2010, Plaintiff's motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:   January 11, 2011

UNITED STATES MAGISTRATE JUDGE

1